UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Katon Lang</u>

    v.                                                  Case No. 07-cv-66-SM

<u>Todd Gordon, et al.</u>

**O R D E R**

Re:  (Document No. 27) Motion to Extend Deadline for Objecting to Summary Judgment Until July 10

Ruling:  Denied as moot; the court has considered the motion for summary judgment as unopposed, and denied it.  It is highly doubtful that counsel's explanation (that he neglected to calendar the date upon which an objection was due, and that he is busy and "thought" he must have filed an objection because he has many similar cases against the county, which results in some confusion for him with respect to discrete pleadings in discrete causes of action) could ever qualify as "excusable neglect" under the standard described in <u>Pioneer Investment Services Co. v. Brunswick Associated Ltd. Partnership</u>, 507 U.S. 380 (1993). Hopefully, the court will not have another occasion to revisit the issue under similar circumstances.

_____
Steven J. McAuliffe
Chief Judge

January 13, 2009

cc:  Michael J. Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.