```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Katon Lang

    v.                                    Case No. 07-cv-66-SM

James O'Mara, Jr., Superintendent,
Hillsborough County Department of
Corrections; Ronald Potter; David
Archambault; and Todd Gordon

## NOTICE OF RULING

    Re: (Document No. 42) Defendants' Motion for Reconsideration
        of Order Denying Motion for Summary Judgment

    Ruling: **Denied**. Defendants miss the point. Yes, their version of the pertinent events would, if true, entitle defendants to summary judgment, but the record does not. Defendants themselves submitted evidence in support of their summary judgment motion (i.e., plaintiff's sworn version of the pertinent events) which demonstrated the existence of genuine disputes as to material facts precluding summary judgment. With respect to qualified immunity, again, if plaintiff's version of the pertinent events (which defendants put before the court) is accepted by the jury, defendants would not be entitled to qualified immunity.

                                           _____
                                           Steven J. McAuliffe
                                           Chief Judge

February 19, 2009

cc:  Michael J. Sheehan, Esq.
     Elizabeth L. Hurley, Esq.
     John A. Curran, Esq.